# IN THE SUPREME COURT OF THE STATE OF NEVADA

CRAIG IVAN GILBERT,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 81056

FILED

MAY 0 7 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S Young
    DEPUTY CLERK

## *ORDER DENYING PETITION FOR A WRIT OF CERTIORARI*

This original pro se petition for a writ of certiorari challenges a district court order granting a motion requiring petitioner to be forcefully medicated, following a determination of incompetence. We have reviewed the documents submitted in this matter, and we decline to exercise original jurisdiction because petitioner is represented by counsel in the proceedings below, and petitioner should proceed by and through his counsel. Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Pickering

_____, J.
Hardesty

_____, J.
Stiglich

---

[1]For this reason, we also deny petitioner's emergency motion filed on April, 23, 2020.

20-17350

cc: Craig Ivan Gilbert
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

Supreme Court
of
Nevada

(O) 1947A